# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ANTHONY LEE MANSFIELD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2027

_____

December 19, 2025

Appeal from the Circuit Court for Hillsborough County; Samantha L. Ward, Judge.

Philip J. Massa of Philip J. Massa, P.A., West Palm Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Krystle Celine Cacci, Assistant Attorney General, Tampa, for Appellee

PER CURIAM.

Affirmed.

KHOUZAM, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.